FILED 05 OCT '21 15:27 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:21-cr–385-SI |
| v. | INDICTMENT |
| LISA NELSON, | 18 U.S.C. § 1163 |
| Defendant. | |

THE GRAND JURY CHARGES:

### COUNT 1
**(Embezzlement and Theft from Indian Tribal Organizations)**
**(18 U.S.C. §1131)**

Between on or about January 24, 2017 and May 17, 2018, in the District of Oregon, the defendant, **LISA NELSON**, did knowingly and willingly steal and convert to her own use, money and funds, the value of which was over $1,000.00, property belonging to the Grand Ronde Tribe, an Indian tribal organization;

In violation of Title 18, United States Code, Section 1163.

Dated: October 5th, 2021                A TRUE BILL.

                                                                        [signature redacted]

                                                                        OFFICIATING FOREPERSON

Presented by:

SCOTT E. ASPHAUG
Acting United States Attorney

_[signature]_

JACLYN J. JENKINS, OSB #092058
Assistant United States Attorney